IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICKEY L. VELAZQUEZ,

           CASE NO. 2:16-CV-494
 Petitioner,      CRIM. NO. 2:13-CR-00217
           JUDGE JAMES L. GRAHAM
 v.          MAGISTRATE JUDGE KEMP

UNITED STATES OF AMERICA,

 Respondent.

## OPINION AND ORDER

On December 15, 2017, the Magistrate Judge issued a *Report and Recommendation* recommending that the *Motion to Vacate under 28 U.S.C. § 2255* (ECF No. 173) be denied and that this action be dismissed.  (ECF No. 188.)  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 188) is **ADOPTED** and **AFFIRMED** and the *Motion to Vacate* (ECF No. 173) is **DENIED**.  This action is hereby **DISMISSED.**

Date: February 2, 2017

              _____s/James L. Graham_____
              JAMES L. GRAHAM
              United States District Judge